# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN L. GELDREICH, | No. 4:18-CV-01752 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Mehalchick) |
| ANDREW SAUL,[1]<br>*Commissioner of Social Security*, | |
| Defendant. | |

## ORDER

### APRIL 3, 2020

Evelyn L. Geldreich filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Geldreich's claim for social security disability benefits.[2] In January 2020, Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision and close this case.[3]

Geldreich filed timely objections to the recommendation, asserting that Magistrate Judge Mehalchick erred in recommending that the administrative law judge properly: (1) assigned only partial weight to Geldreich's treating physician; (2) determined that the evidence failed to established any mental impairments prior to Geldreich's date last insured; and (3) discounted Geldreich's testimony regarding her

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul, as the successor officer to Nancy Berryhill, Acting Commissioner of Social Security, is automatically substituted as Defendant in this action.
[2] Docs. 1, 9.
[3] Doc. 15.

functional limitations.[4] "If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] Upon de novo review of the record, the Court finds no error in Magistrate Judge Mehalchick's recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 15) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**;

3. Final Judgment is entered in favor of Defendant and against Plaintiff pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

4. The Clerk of Court is direct to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[4] Doc. 16.
[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.